### HENRY BERNBRIDGE *against* SETH TURNER.
[ S C. 3 Dall. 490.]

No bail in detinue of charters, where the deeds have not been demanded.
The defendant has not possessed himself thereof tortiously.

Detinue of a box of charters, in which was included a conveyance for a lage quantity of land in the state of New York. Bail in 24,000 dollars. Motion to discharge the defendant on common bail.

The plaintiff showed a title to the lands, and swore that the defendant informed him he was in possession of all the conveyances, and offered to show them to him, but that he had not demanded the deed for the New York lands, previous to bringing of the suit. The court discharged the defendant on common bail, there being no proof that the defendant had tortiously possessed himself of the deed.

Mr. LEWIS, *pro quer.* Mr. INGERSOLL, *pro def.*